**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EKATERINA SAFRONOVA,

Petitioner,

v.

WARDEN OF OTAY MESA DETENTION CENTER,

Respondents.

Case No.: 26cv1047 DMS SBC

**ORDER GRANTING PETITION**

This case comes before the Court on the Second Petition for Writ of Habeas Corpus. After the Court issued an Order to Show Cause as to Why Second Petition Should Not Be Dismissed, Petitioner filed a Response as did Respondent. In his Response, Respondent states he "does not oppose the amended petition and defers to the Court on the appropriate relief." (Return at 3.) Accordingly, given the facts alleged, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. Respondent shall file a Joint Status Report within twenty-one (21) days of this

Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED**.

Dated: July 14, 2026

Hon. Dana M. Sabraw
United States District Judge