# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ekaterina Safronova

**Plaintiff,**

**V.**

Respondent: Christopher J. Larose
Warden of Otay Mesa Detention Center

**Defendant.**

**Civil Action No.** 26-cv-1047-DMS-SBC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's petition is granted. All litigation in this matter has concluded. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy